**Kerwin S. HARMON, Plaintiff—Appellant,**

v.

**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Defendant—Appellee,**

v.

**Internal Revenue Service, Third Party Defendant—Appellee.**

No. 04–1107.

United States Court of Appeals,
Fourth Circuit.

Submitted March 11, 2004.

Decided March 18, 2004.

Kerwin S. Harmon, Appellant pro se. Gerard J. Stief, Washington Metropolitan Area Transit Authority, Washington, D.C.; Paula Keyser Speck, United States Department of Justice, Washington, D.C., for Appellee.

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Kerwin S. Harmon appeals the district court's order dismissing his suit against his employer, the Washington Metropolitan Area Transit Authority, for recovery of wages withheld in accordance with a tax lien. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harmon v. WMATA, No. CA–03–28–DKC (D. Md. filed Nov. 26, 2003 & entered Dec. 1, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*